# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TERRY MCKNIGHT**
**ADC #106084**                                                                 **PLAINTIFF**


**v.**                            **Case No. 2:10-cv-168–DPM/HDY**


**RAY HOBBS, DANNY BURL,**
**TODD BALL, WESTBROOK,**
**and LARRY MAY**                                                            **DEFENDANTS**


## ORDER

The Court has considered United States Magistrate Judge H. David Young's Proposed Findings and Partial Recommended Disposition — to which Terry McKnight has not objected.  Having reviewed the proposal for clear errors of fact on the face of the record as a whole, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), and legal error, the Court adopts Magistrate Judge Young's proposal, *Document No. 5*.  The Court dismisses without prejudice all of McKnight's claims, except he may proceed on his claim seeking prospective injunctive relief on segregation reviews.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

6 Dec. 2010