IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY MCKNIGHT
ADC #106084                                                                           PLAINTIFF

v.                          No. 2:10-cv-168-DPM-HDY

RAY HOBBS, DANNY BURL,
TODD BALL, VALERIE WESTBROOK,
and LARRY MAY                                                                      DEFENDANTS

ORDER

This case has settled. The Court adopts in full Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 33*. Motion, *Document No. 32*, granted. McKnight's complaint is dismissed with prejudice. FED. R. CIV. P. 41(a)(2). Motion, *Document No. 27*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011