# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**TERRY MCKNIGHT**
**ADC #106084**                                                              **PLAINTIFF**

v.                        No. 2:10-cv-168–DPM-HDY

**RAY HOBBS, DANNY BURL,**
**TODD BALL, VALERIE WESTBROOK,**
**and LARRY MAY**                                               **DEFENDANTS**

## ORDER

This case has settled. The Court adopts in full Magistrate Judge H.

David Young's Proposed Findings and Recommendations, *Document No. 33*.

Motion, *Document No. 32*, granted. McKnight's complaint is dismissed with

prejudice. FED. R. CIV. P. 41(a)(2). Motion, *Document No. 27*, denied as moot.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 October 2011