IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY MCKNIGHT
ADC #106084                                                                          PLAINTIFF

v.                              No. 2:10-cv-168-DPM

RAY HOBBS, DANNY BURL,
TODD BALL, VALERIE WESTBROOK,
and LARRY MAY                                                                        DEFENDANTS

JUDGMENT

McKnight's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2011